

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

H. STEVENS & ASSOCIATES, INC.
f/k/a STEVENS TRAVEL MANAGEMENT, INC.,
HAROLD STEVENS and MAVIS STEVENS

                      *Plaintiffs*,    Civil Action No.: 1:14-cv-731 (DNH/CFH)

- against-

TZELL TRAVEL, LLC, TZELL TRAVEL
GROUP, LLC, and TRAVEL LEADERS GROUP, LLC,

                      *Defendants*.

---

    The plaintiffs H. STEVENS & ASSOCIATES, INC. f/k/a STEVENS TRAVEL MANAGEMENT, INC., HAROLD STEVENS and MAVIS STEVENS, having commenced an action in the New York State Supreme Court for the County of Ulster under index number 14-1123;

    AND, the defendants TZELL TRAVEL, LLC, TZELL TRAVEL GROUP, LLC, and TRAVEL LEADERS GROUP, LLC, having removed this action to the United States District Court for the Northern District of New York under Civil Action No.: 1:14-cv-731;

    AND, the plaintiffs having filed an Amended Complaint wherein they withdrew their original Sixth Cause of Action alleging violations of Federal law;

    AND, a conference having been held before the Court on July 22, 2014 wherein the parties were heard on the issue of remand;

    NOW, on the Motion of Maynard, O'Connor, Smith & Catalinotto, LLP (Adam T. Mandell, Esq., of counsel), it is

    ORDERED, this case is hereby remanded to the New York State Supreme Court for the County of Ulster, without costs to either party.

Dated: July 24, 2014
       Utica, New York

                                      Hon. David N. Hurd
                                      U.S. District Judge